ORIGINAL

FILED

NOV 21 2012

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 12 - 10151 |
| ) | VIO: Title 18, United States |
| DARREN L. PETSAS, ) | Code, Sections, 2422(b) and 2428 |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
(Enticement of a Minor to Engage in Sexual Activity)

That from on or about February 17, 2012 through to on or about February 21, 2012, in Marshall County, within the Central District of Illinois, the defendant,

**DARREN L. PETSAS,**

used a facility of interstate commerce, being the internet, which the Defendant utilized before physically meeting with R.T., to knowingly persuade, induce and entice R.T., a person who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with the offense of Aggravated Criminal Sexual Abuse under Illinois statute 720 ILCS 5/11-1.60(d), which makes it an offense for any person to engage in an act of sexual penetration and sexual conduct with another person who is at least 13 years of age but under 17 years of age and the accused is at least 5 years older than the victim, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### (Attempt Enticement of a Minor to Engage in Sexual Activity)

That from on or about February 21, 2012 through to on or about March 17, 2012, in Marshall County, within the Central District of Illinois, the defendant,

**DARREN L. PETSAS,**

used a facility of interstate commerce, being the internet, which the defendant utilized after physically meeting with R.T., to knowingly attempt to persuade, induce and entice R.T., a person who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with the offense of Aggravated Criminal Sexual Abuse under Illinois statute 720 ILCS 5/11-1.60(d), which makes it an offense for any person to engage in an act of sexual penetration and sexual conduct with another person who is at least 13 years of age but under 17 years of age and the accused is at least 5 years older than the victim, in violation of Title 18, United States Code, Section 2422(b).

### Notice of Forfeiture

The preceding criminal offense allegations in Count 1 and Count 2 are hereby incorporated by reference herein for the purpose of these forfeiture allegations. Due to his engagement in above-mentioned criminal violation, the defendant:

**DARREN L. PETSAS,**

shall forfeit to the United States any property used or intended to be used to commit or to promote the commission of such offense including, but not limited to a a home-built computer tower with one (1) Western Digital hard drive, S/N:WCAPZ2495024.

Pursuant to Title 18, United States Code, Section 2428(a) and (b).

A true bill,

s/Foreperson

s/Kirk Schoenbein

FOREPERSON

_____
JAMES A. LEWIS
UNITED STATES ATTORNEY
BY: KDS