UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

Case:2:15-mj-30496
Judge: Unassigned,
Filed: 10-21-2015 At 11:21 AM
USA V DARREN PETSAS (REM)(CMC)

v.

Case No. 15-30496
Originating No. 12-10151

**DARREN PETSAS,**

    Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DARREN PETSAS** to answer to charges pending in another federal district, and states:

    1. On **October 21, 2015,** defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Central District of Illinois based on an Indictment**. Defendant is charged in that district with violations of **18 U.S.C. Section 2422(b) – Enticement of a Minor to Engage in Sexual Activity and Attempt Enticement of a Minor to Engage in Sexual Activity.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

BARBARA MCQUADE
United States Attorney

MICHAEL BULLOTTA
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 21, 2015

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

Darren Petsas

Case No: 15-30496

**FILED OCT 21 2015 CLERK'S OFFICE U.S. DISTRICT COURT**

## APPOINTMENT OF FEDERAL DEFENDER OFFICE

☐ **MULTIPLE DEFENDANT CASE**      ☒ **DEFENDANT IN CUSTODY**

☐ **NON-ENGLISH SPEAKING**           LANGUAGE: _____

VIOLATION: _____             CASE TYPE: Removal

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Defender Office, 613 Abbott, 5th fl., Detroit, Michigan 48226, telephone number **(313) 967-5555**, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitue counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: Detention Hearing + Removal Hearing 10/23/15 at 1:00pm

Dated: 10/21/15

_____
United States District Judge/Magistrate Judge

AUSA Assigned: Michael Bullotta

## PARTIAL PAYMENT ORDER

**IT IS ORDERED** that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.**

Defendant's Name, Address & Telephone Number:

_____
United States District Judge/Magistrate Judge

_____
Defendant's Signature

EDMI 1044
01/15

ORIGINAL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

FILED
OCT 21 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Darren Petsas

Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NUMBER: 15-30496

Upon motion of the _____GOVERNMENT_____, it is ORDERED that a detention hearing is set for __10/23/2015__* at __1:00 p.m.__
                                                        Date

before _____THE DUTY MAGISTRATE JUDGE_____
              Name of Judicial Officer

_____231 W. LAFAYETTE, ROOM 114, DETROIT, MICHIGAN 48226_____
              Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)
(_____) and produced for the hearing.
              Other Custodial Official

Date: __OCT 20 2015__                              _____
                                                        Judicial Officer
                                              MAGISTRATE JUDGE R. STEVEN WHALEN

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government or 5 days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion, if there is a serious risk that the defendant will flee or will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
OCT 23 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

        Plaintiff

**WAIVER OF RULE 5 AND 5.1 HEARINGS**
**(Excluding Probation Violation Cases)**

v.

Case No. 15-30496
Originating No. 12-10151

**DARREN PETSAS,**

        Defendant.
_____/

I understand that in the **Central District of Illinois,** charges are pending alleging a violation of **18 U.S.C. Section 2422(b) – Enticement of a Minor to Engage in Sexual Activity and Attempt Enticement of a Minor to Engage in Sexual Activity** and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right to:

1. Retain counsel or request the assignment of counsel if I am unable to afford one.

2. Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.

3. Have an identity hearing to determine if I am the person named in the charge.

4. Have a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me; the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(  )    identity hearing

( )   preliminary examination

(X)   identity hearing and have been informed I have no right to a preliminary hearing

( )   identity hearing but request a preliminary hearing to be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charges is pending against me.

_____            _____
Defendant                                  Counsel for Defendant

Date: 10/23/15                             Date: 10/23/2015

# UNITED STATES DISTRICT COURT
for the
EASTERN District of MICHIGAN

FILED
OCT 23 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Darren Peters

*Defendant*

**CONSENT**
ORDER OF DETENTION PENDING TRIAL

CASE NO: 15-30496

## Part I—Findings of Fact

The defendant in open court, and with the advice of counsel, consented to detention reserving the right to have a detention hearing at a later time.

## Part II— Statement of the Reasons for Detention

Based upon the consent of the defendant, detention is ordered. The defendant may request a detention hearing at a later date. MAY REQUEST A DETENTION HEARING IN THE CENTRAL DISTRICT OF ILLINOIS

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

10/23/2015
*Date*

R. STEVEN WHALEN

R. Steven Whalen, United States Magistrate Judge
*Name and Title of Judicial Officer*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FILED
OCT 23 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff

v.

Case No. 15-30496
Origination No. 12-10151

**DARREN PETSAS,**

    Defendant.
_____/

### ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT AND COMMITMENT TO THAT DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **DARREN PETSAS** be held to answer to the charges pending against him in the **Central District of Illinois in the case of United States v. DARREN PETSAS.**

Defendant has been ordered detained pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.)  Accordingly, it is also ordered that the United States Marshals Service take custody of defendant and transport him, together with a certified copy of this order and commitment, to the **Central District of Illinois,** and

deliver defendant to the United States Marshals for that district or to some other officer authorized to receive defendant.

_____
United States Magistrate Judge

Entered: __10/23/15__

---

## RETURN

This commitment was received and executed as follows:

| Date Commitment Order Received | Place of Commitment | Date Defendant Committed |
|---|---|---|
|  |  |  |

| Date | United States Marshal | (By) Deputy U.S. Marshal |
|---|---|---|
|  |  |  |