E-FILED
Friday, 08 January, 2016 04:09:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| PLAINTIFF, ) | |
| vs. ) | 12-10151 |
| DARREN L. PETSAS, ) | |
| DEFENDANT ) | |

**MOTION TO CONTINUE AND FOR OTHER RELIEF**

Now comes the defendant Darren L. Petsas by his attorney Diana Lenik and for his Motion to Continue and for Other Relief states as follows:

1. He is charged in the above-entitled cause with the offense of Enticement of a Minor to engage in Sexual Activity in violation of 18 U.S.C. § 2422(b).

2. He is in custody.

3. His case is presently set for trial on January 19, 2016.

4. He is also charged in Marshall County case number 12 CF 13 with a similar charge arising out of the same conduct as the instant cause.

5. The ends of justice will be served of defendant is prosecuted in only one jurisdiction for this conduct, which will provide finality and promote judicial economy.

6. There have been ongoing discussions between the parties which have not yet concluded. Defendant needs more time to conclude those discussions with the expectation that there will be a negotiated resolution.

7. Defendant's attorney resides in Champaign, Illinois, a distance of some 95 miles

from the courthouse. In light of the season and current weather predictions, she would like to appear at the January 14 pretrial by telephone.

WHEREFORE, defendant prays:

    A.    That the court continue his trial setting, and

    B.    That his attorney be permitted to appear at his pretrial hearing by telephone.

Darren Petsas,
Defendant,

Diana Lenik
Attorney At Law
159 Lincoln Square
Urbana, IL 61801
217-337-5610

By: s/Diana Lenik
His Attorney

## PROOF OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion To Continue and For Other Relief was electronically filed to all parties involved on this 8th day of January 2016.

Prepared by:
Diana Lenik
Attorney at Law
159 Lincoln Square
Urbana, IL 61801
217-337-5610