# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| USA | ) |
| Plaintiff(s) | ) |
| vs | ) Case Number: 12-10151-001 |
| Petsas | ) |
| Defendant(s) | ) |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE WARDEN of __Tazewell County Jail__ at __101 S. Capitol St., Pekin, IL__.

WE COMMAND that you produce the body of __Darren L. Petsas__, ~~Register No.~~ _____, who is in your custody at __Tazewell County Jail__ before the United States District Court on __Thurs., 2/25/2016 at 11:30 AM__ by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. At the termination of said hearing you may return them to their current regular assignment.

WITNESS the Honorable Kenneth A. Wells, Clerk of the United States District Court for the Central District of Illinois.

DATED: __1/28/2016__

BY: _/s/ Kenneth A. Wells_
Kenneth A. Wells,
Clerk, U.S. District Court