## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-10151 |
| | ) | |
| DARREN L. PETSAS, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

Now comes the United States of America, by its attorneys, James A. Lewis,

United States Attorney, and Ronald L. Hanna, Assistant United States Attorney

for the Central District of Illinois, and moves this Court to dismiss without

prejudice the indictment as to Darren L. Petsas.


UNITED STATES OF AMERICA

JAMES A. LEWIS
*UNITED STATES ATTORNEY*


s:\Ronald L. Hanna
Ronald L. Hanna
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: 309-671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2016, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:

Dianna Lenik
Attorney for Darren L. Petsas


s/Debra L. Hansen
Supervisory Legal Assistant